# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 03-3127/3128/3129

_____

| | | |
|---|---|---|
| Shawn Schuster, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeals from the United States |
| v. | * | District Court for the |
| | * | District of South Dakota. |
| Douglas Weber, Warden, | * | |
| South Dakota State Penitentiary, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted:  November 3, 2003

Filed:  December 10, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, South Dakota inmate Shawn Schuster contests the district court's[1] preservice dismissal of three actions he filed.  Upon de novo review, we affirm the dismissals for the reasons stated by the district court.  See 8th Cir. Rule 47A(a).

_____

[1]The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.